## BILLINGS v. MYERS ET AL.

[No. 12,534. Filed June 24, 1926.]

From Hamilton Circuit Court; *Fred E. Hines*, Judge.

Action between Nancy J. Billings and Mell Myers and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*J. Fred Masters, R. R. Foland* and *Straley, Thorpe*, for appellant.

*Roy, Adney,* and *Roberts & Roberts*, for appellees.

PER CURIAM.—Judgment affirmed.

---

## CALIFORNIA PRUNE AND APRICOT GROWERS, INCORPORATED, v. CROUSE ET AL.

[No. 11,707. Filed June 29, 1926.]

From DeKalb Circuit Court; *William P. Endicott*, Judge.

Action between the California Prune and Apricot Growers, Incorporated, and George H. Crouse and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Sapiro, Levy, Hatfield & Hayes, Walter Olds, Albert E. Thomas, Atkinson & Husselman* and *S. K. Frankenstein*, for appellant.

*Samuel M. Hench, Howard W. Mountz* and *Leonard, Rose & Zollars*, for appellees.

PER CURIAM.—Judgment affirmed.